UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN and JOAN PETROFF,

    Plaintiffs,

vs.                                          Case No. 1:11-cv-11268-TLL-CEB
CITIMORTGAGE, INC.,               Hon. Thomas L. Ludington
  a foreign corporation, and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
  a Delaware corporation, and
FANNIE MAE, a foreign corporation

_____

**STIPULATED ORDER REGARDING DATES FOR COMPLETION OF
SETTLEMENT AGREEMENT AND CONSENT DECREE
AND STIPULATED INJUNCTION TO MAINTAIN STATUS QUO**

The parties, John and Joan Petroff (together, "Plaintiffs") and CitiMortgage, Inc., Mortgage Electronic Registration Systems, Inc. and Fannie Mae (together, "Defendants"), through their respective counsel, stipulate to the following and in accordance with the stipulation of all parties to this action,

IT IS HEREBY ORDERED that Defendants shall provide Plaintiffs' counsel with proposed Exhibits A-E to the draft Settlement Agreement And Consent Decree ("Consent Decree") no later than January 31, 2013.  Proposed Exhibit D shall include the proposed monthly payment amount.

IT IS FURTHER ORDERED that Plaintiffs shall provide Defendants with any suggested modifications to Exhibits A-E no later than February 8, 2013.

IT IS FURTHER ORDERED that the Parties shall present the Settlement Agreement And Consent Decree for entry by this Court no later than February 22, 2013.

IT IS FURTHER ORDERED that should any party fail to meet the above proscribed dates, the offending party or parties must Show Cause why the requisite dates were not met.

IT IS FURTHER ORDERED that Fannie Mae shall continue to hold and not transfer or encumber the deed to the residential property located at 9322 Long Trail, Grayling, Michigan and maintain this status quo until entry of the Consent Decree.

IT IS SO ORDERED.

Dated: January 28, 2013

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

STIPULATED AS TO FORM AND SUBSTANCE:

| /s/Cynthia J. Haffey | /s/ K.J. Miller |
|---|---|
| Cynthia J. Haffey (P57352) | K.J. Miller (P62014) |
| BUTZEL LONG PC | DYKEMA GOSSETT PLLC |
| Counsel for John and Joan Petroff | Counsel for Defendants CitiMortgage, Inc., |
| 150 W. Jefferson Ave, Ste 100 | Mortgage Electronic Registration, Inc. and |
| Detroit, MI 48226 | Fannie Mae |
| (313) 983-7434 | 2723 South State Street, Suite 400 |
| | Ann Arbor, MI 48104 |
| | (734) 214-7678 |

Dated: January 25, 2013

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney of record herein by electronic means and upon Robert James Ocampo #03204032 at Florence Federal Correctional Institution, Inmate Mail/Parcels, P.O. Box 6000, Florence, CO 81226 by first class U.S. mail on January 28, 2013.

s/Tracy A. Jacobs
TRACY A. JACOBS

---

1387080